**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
SEP - 8 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF v. Gasaway, Ronnie DEFENDANT(S). | CASE NUMBER ED 08-292 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___Wednesday   9/10/08___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___9/8/08___   _____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge